UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMMIE MOLETTE #576499 | CIVIL ACTION |
| VERSUS | NO. 21-1464 |
| DARRYL VANNOY, WARDEN | SECTION "J"(3) |

## ORDER

The Court, having considered the record, the applicable law, the *Report and Recommendation* of the United States Magistrate Judge **(Rec. Doc. 28)**, and Petitioner's failure to file any objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly,

**IT IS HEREBY ORDERED** that the federal application for habeas corpus relief filed by Tommie Molette is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of October, 2022

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE